**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Retailing Enterprises, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | d/b/a Invicta<br>d/b/a Invicta Stores USA<br>d/b/a Techno Marine Store<br>d/b/a Invicta Store |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-2784993 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 405 SW 148th Ave<br>Number    Street | _____<br>Number    Street |
| Suite 1 | _____<br>P.O. Box |
| Davie            FL      33325<br>City              State    ZIP Code | _____<br>City         State   ZIP Code |
| Broward County<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number    Street<br>_____<br>_____<br>City         State   ZIP Code |

5. **Debtor's website** (URL)   www.invictastores.com (website owned by Debtor's president)

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor **Retailing Enterprises, LLC**  
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>**3990** |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.　District _____　When _____ (MM / DD / YYYY)　Case number _____<br>　　　　　District _____　When _____ (MM / DD / YYYY)　Case number _____ |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.　Debtor _____　Relationship _____<br>　　　　　District _____　When _____ (MM / DD / YYYY)<br>　　　　　Case number, if known _____ |

Debtor  Retailing Enterprises, LLC
_____
Name

Case number (*if known*)_____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>Number    Street<br>_____<br>_____<br>City                          State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>Contact name _____<br>Phone _____ |

---

**Statistical and administrative information**

---

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000<br>☑ 50-99         ☐ 5,001-10,000         ☐ 50,001-100,000<br>☐ 100-199       ☐ 10,001-25,000        ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3


| Debtor | Retailing Enterprises, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☑ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/30/2023
MM / DD / YYYY

✗ /s/ Mauricio Krantzberg   Mauricio Krantzberg
Signature of authorized representative of debtor   Printed name

Title President

**18. Signature of attorney**

✗ /s/ Aaron A. Wernick   Date 05/30/2023
Signature of attorney for debtor   MM / DD / YYYY

Aaron A. Wernick
Printed name

Wernick Law, PLLC
Firm name

2255 Glades Road Suite 324A
Number    Street

Boca Raton   FL   33431
City   State   ZIP Code

561-961-0922   awernick@wernicklaw.com
Contact phone   Email address

14059   FL
Bar number   State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

**Fill in this information to identify the case:**

Debtor name: Retailing Enterprises, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Invicta Watch Company of America, Inc<br>Attn: Aileen Drucker<br>3069 Taft St1 Invicta Way<br>Miami, FL, 33122 | | Suppliers or Vendors | | | | 29,531,244.00 |
| 2 | City National Bank of Florida<br>100 S.E. 2nd Street<br>13th Floor<br>Miami, FL, 33131 | | Main Street Loan Agreement | | | | 9,796,771.00 |
| 3 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN, 46204-3438 | | Lease agreements | Disputed<br>Unliquidated | | | 3,849,019.38 |
| 4 | 1535 Broadway LLC<br>c/o Vornado Office Management LLC<br>888 Seventh Ave Attn: Exec Vice Pres<br>New York, NY, 10019 | | Lease settlement agreement | | | | 1,602,768.51 |
| 5 | ZWI Group LLC<br>1532 South Washington Ave<br>Piscataway, NJ, 08854 | | Merchandising | | | | 1,045,426.13 |
| 6 | Macerich Management Company<br>Agent for Brooks Shopping Centers, LLC<br>401 Wilshire Blvd., Ste 700<br>Santa Monica, CA, 90401 | | Lease settlement agreement | | | | 452,000.00 |
| 7 | Aventura Mall Venture<br>c/o Turnberry Aventura Mall Co., LTD<br>19501 Biscayne Blvd, Ste 400<br>Miami, FL, 33180 | | Lease agreements | | | | 363,672.55 |
| 8 | BPR REIT Service, LLC<br>350 N. Orleans St., Ste 300<br>Attn: Gretchen Kaplan, Sen Assoc. Gen Counsel<br>Chicago, IL, 60654 | | Leases / Settlement agreement | | | | 328,564.65 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor: **Retailing Enterprises, LLC**
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Akerman LLP<br>420 South Orange Ave<br>Suite 1200<br>Orlando, FL, 32801 | | Legal services | | | | 205,046.58 |
| 10 | AddShoppers, Inc.<br>15806 Brookway Dr.<br>Suite 200<br>Huntersville, NC, 28078 | | Services | | | | 128,888.22 |
| 11 | Hilco Real Estate, LLC<br>5 Revere Drive<br>Suite 410<br>Northbrook, IL, 60062 | | Services | | | | 66,258.00 |
| 12 | Magna Marketing<br>147 Prince St.<br>Suite 2-31<br>Brooklyn, NY, 11201 | | Settlement Agreement | | | | 42,000.00 |
| 13 | Barton LLP<br>711 Third Avenue<br>14th Floor<br>New York, NY, 10017 | | Legal services | | | | 27,360.49 |
| 14 | Tampa Westshore Associates Limited Partnership<br>200 East Long Lake Road<br>PO Box 200<br>Bloomfield Hills, MI, 48303-0200 | | Lease agreement | | | | 24,097.70 |
| 15 | Accelerize 360 Inc<br>750 N. Saint Paul Street<br>Suite 1525<br>Dallas, TX, 75201 | | Suppliers or Vendors | | | | 20,175.00 |
| 16 | Carlton Fields<br>2 Miami Central<br>700 NW 1st Ave. Ste 1200<br>Miami, FL, 33136-4118 | | Legal services | | | | 19,429.28 |
| 17 | PR Prince George's Plaza LLC<br>c/o PREIT Services, LLC<br>200 S. Broad St, 3rd Fl Attn Legal Director<br>Philadelphia, PA, 19102 | | Lease agreement | | | | 17,660.58 |
| 18 | FEDEX Corporation<br>942 South Shady Grove Rd.<br>Memphis, TN, 38120 | | Shipping services | | | | 13,691.26 |
| 19 | Ask Nicely LLC<br>1615 SE 3rd Ave<br>3rd Floor<br>Portland, OR, 97214 | | Suppliers or Vendors | | | | 7,500.00 |
| 20 | Center for Leadership Studies, Inc.<br>280 Towerview Court<br>Cary, NC, 27513 | | Suppliers or Vendors | | | | 5,202.56 |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

**Fill in this information to identify the case and this filing:**

Debtor Name __Retailing Enterprises, LLC_____

United States Bankruptcy Court for the: __Southern District of Florida_____

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/30/2023__
MM / DD / YYYY

✗ /s/ Mauricio Krantzberg _____
Signature of individual signing on behalf of debtor

Mauricio Krantzberg _____
Printed name

President _____
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

United States Bankruptcy Court
Southern District of Florida

In re: Retailing Enterprises, LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/30/2023

/s/ Mauricio Krantzberg
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

1535 Broadway LLC
c/o Vornado Office Management LLC
888 Seventh Ave Attn: Exec Vice Pres
New York, NY 10019


Accelerize 360 Inc
750 N. Saint Paul Street
Suite 1525
Dallas, TX 75201


AddShoppers, Inc.
15806 Brookway Dr.
Suite 200
Huntersville, NC 28078


AFCO Credit Corp.
5600 North River Road
Suite 400
Rosemont, IL 60018-5187


Akerman LLP
420 South Orange Ave
Suite 1200
Orlando, FL 32801


Ally Financial
Active Bankruptcy Department
PO Box 130424
Roseville, MN 55113


Arizona Department of Revenue
PO Box 29085
Phoenix, AZ 85038-9085


Ask Nicely LLC
1615 SE 3rd Ave
3rd Floor
Portland, OR 97214


Aventura Mall Venture
c/o Turnberry Aventura Mall Co., LTD
19501 Biscayne Blvd, Ste 400
Miami, FL 33180


Aventura Mall Venture
c/o Scott R. Schomber, Esq.
5900 N. Andrews Ave., Ste 710
Fort Lauderdale, FL 33309


Aventura Mall Venture c/o M.S.
Management Associates Inc.
225 West Washington St. Attn: Sr Exec VP
Indianapolis, IN 46204

**Barton LLP**
711 Third Avenue
14th Floor
New York, NY 10017


**Berger Singerman LLP**
201 East Las Olas Blvd.
Suite 1500
Fort Lauderdale, FL 33301


**Bexar County Tax Collector**
PO Box 839950
San Antonio, TX 78283-3950


**BPR REIT Service, LLC**
350 N. Orleans St., Ste 300
Attn: Gretchen Kaplan, Sen Assoc. Gen Co
Chicago, IL 60654


**Broward County Tax Collector**
115 S. Andrews Ave
Suite #A100
Fort Lauderdale, FL 33301-1895


**Carlton Fields**
2 Miami Central
700 NW 1st Ave. Ste 1200
Miami, FL 33136-4118


**Center for Leadership Studies, Inc.**
280 Towerview Court
Cary, NC 27513


**City National Bank of Florida**
Attn: Legal Department
25 West Flagler Street
Miami, FL 33130


**City of Hialeah Business Tax Division**
501 Palm Avenue
Hialeah, FL 33010


**City of Hyattsville**
Office of the Treasurer
4310 Gallatin Street
Hyattsville, MD 20781-2050


**City of Sunrise**
10770 West Oakland Park Blvd
Fort Lauderdale, FL 33351

**Clark County Assessor**
500 S. Grand Central Pkwy., 2nd Flr
P.O. Box 551401
Las Vegas, NV 89106


**Comptroller of Maryland**
**Compliance Division**
301 W. Preston St. Rm. 409
Baltimore, MD 21201


**Deklab County Tax Commissioner**
P.O. Box 100004
Decatur, GA 30031-7004


**Dell Financial Services, L.L.C.**
Mail stop-PS2DF-23
One Dell Way
Round Rock, TX 78682


**FEDEX Corporation**
942 South Shady Grove Rd.
Memphis, TN 38120


**Florida Department of Revenue**
5050 W. Tennessee St
PO Box 6668
Tallahassee, FL 32314-6668


**Florida Department of Revenue**
**Coral Springs Service Center**
3301 University Dr., Ste 200
Coral Springs, FL 33065-4149


**Fulton County Tax Commissioner**
Arthur E. Ferdinand
141 Pryor Street SW
Atlanta, GA 30303


**Georgia Department of Revenue**
PO Box 105499
Atlanta, GA 30348-5499


**Hays County Tax Office**
712 S. Stagecoach Trail
Suite 1120
San Marcos, TX 78666-6073


**Hilco Real Estate, LLC**
5 Revere Drive
Suite 410
Northbrook, IL 60062

**Hillsborough County Tax Collector**
PO Box 30012
Tampa, FL 33630-3012

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Invicta Watch Company of America, Inc**
Attn: Aileen Drucker
3069 Taft St1 Invicta Way
Miami, FL 33122

**Macerich Management Company**
Agent for Brooks Shopping Centers, LLC
401 Wilshire Blvd., Ste 700
Santa Monica, CA 90401

**Magna Marketing**
147 Prince St.
Suite 2-31
Brooklyn, NY 11201

**Nancy C. Millan, Tax Collector**
2506 N. Falkenburg Road
Tampa, FL 33619

**New York State Corporation Tax**
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

**NYC Department of Finance**
59 Maiden Lane
28th Floor
New York, NY 10038-4502

**Orange County Tax Collector**
PO Box 545100
Orlando, FL 32854-5100

**PR Prince George's Plaza LLC**
c/o PREIT Services, LLC
200 S. Broad St, 3rd Fl Attn Legal Direc
Philadelphia, PA 19102

**PR Prince George's Plaza LLC/c/o PREIT Servic**
One Commerce St.,
2005 Market St., Ste 100
Philadelphia, PA 19103

**Prince George's County Maryland**
**1301 McCormick Drive**
**Upper Marlboro, MD 20774**


**Sarasota County Tax Collector**
**101 S. Washington Blvd.**
**Sarasota, FL 34236**


**Simon Property Group**
**225 West Washington Street**
**Indianapolis, IN 46204-3438**


**Simon Property Group, LP, et.al.**
**c/o Berger Singerman, LLP**
**201 E Las Olas Blvd., Ste 1500**
**Fort Lauderdale, FL 33301-4439**


**Tampa Westshore Associates Limited Partnershi**
**200 East Long Lake Road**
**PO Box 200**
**Bloomfield Hills, MI 48303-0200**


**The Mall at Prince George's**
**3500 East West Highway**
**Attn: General Manager**
**Hyattsville, MD 20782**


**Westland Mall, LLC**
**591 West Putnam Ave**
**Greenwich, CT 06830**


**Westland Mall, LLC**
**c/o C T Corporation System Registered Ag**
**1200 South Pine Island Road**
**Fort Lauderdale, FL 33324**


**ZWI Group LLC**
**1532 South Washington Ave**
**Piscataway, NJ 08854**