UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Retailing Enterprises, LLC,

               Debtor.

_____/

Case No. 23-14169-SMG
Chapter 11

## **CORPORATE RESOLUTION**

I, Mauricio Krantzberg, am the sole Manager as well as the 100% interest holder of Retailing Enterprises, LLC (the "Company").

I certify that, pursuant to the Company's Operating Agreement, I am designated the sole "Managing Member" (as this terms was previously utilized before the enactment of the Florida Revised Limited Liability Act), with the unfettered and unilateral right and authority to conduct the business affairs of, and to execute the instruments by, the Company that are required to carry out the objectives of the business.

Pursuant to these powers granted, I authorize and direct the placement of the Company into Chapter 11 protection under the United States Bankruptcy Code, as well as the retention of the services of Aaron A. Wernick, Esq. and the law firm of Wernick Law, PLLC as bankruptcy attorneys for the Company.

Dated: 5/30/2023
_____

By: _____
      Mauricio Krantzberg, Sole Member and Sole Manager
      of Debtor Retailing Enterprises, LLC