UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Retailing Enterprises, LLC,

          Debtor.
_____/

Case No. 23-14169-SMG
Chapter 11

**DEBTOR'S EMERGENCY MOTION FOR ORDER APPROVING
FINANCING OF INVENTORY SUPPLIED TO DEBTOR POSTPETITION**
**(Emergency Hearing Requested)**

**Basis for Requested Emergency Hearing**

**The Debtor respectfully requests that the Court conduct a hearing on this Motion on an expedited basis, as it is essential for the Debtor to have inventory on hand to continue business operations without interruption. The Debtor's inventory consists solely of Invicta watches, and therefore it is critical that the manufacturer continue to supply the Debtor.**

---

Loan Summary:

- Principal sum: $500,000 to $1,200,000 of product [Invicta watches] delivered weekly
- Type: Purchase Money Security Interest
- Treatment: Secured
- Weekly payments: Comparable to amount of weekly product delivered
- Interest: None
- Loan term: Recurring

---

RETAILING ENTERPRISES, LLC, (the "Debtor"), by and through undersigned counsel, hereby moves this Court on an emergency basis for entry of an order approving financing of inventory supplied to Debtor postpetition (the "Motion"). In support of its Motion, the Debtor states as follows:

Jurisdiction and Statutory Authority

1.     This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§

157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2.  Venue of this case and this Motion in this district is proper pursuant to 28 U.S.C. § 1408.

3.  The statutory predicates for the relief sought herein are Sections 364(b) and 503(b)(1) of the Bankruptcy Code, Rule 9013 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9013-1(F) and (H). This Motion also complies with the Court's "Guidelines for Motions Seeking Authority to Use Cash Collateral and Motions Seeking Approval of Postpetition Financing".

## Background

4.  On May 30, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5.  The Debtor is operating its business and managing its affairs as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

6.  As of the date hereof, no creditors' committee has been appointed in this case. In addition, no trustee or examiner has been appointed.

7.  In its ordinary course of business, the Debtor purchases inventory from Invicta on 120-150 day terms. No interest is charged for this arrangement. On average, $500,000-$1,200,000 of product is delivered to the Debtor per week, and a similar amount is paid weekly to Invicta. The usual and customary practice of the parties is that the weekly payments are applied to the oldest invoices first ("First in, first out").

## Postpetition Financing

8.  The Debtor is requesting to continue its ordinary and customary relationship with Invicta which has been in place since the Debtor's inception in 2011.

9.  More specifically, the Debtor will continue to pay Invicta in the ordinary course as described in ¶ 7 herein.

10. As a condition of the foregoing arrangement, Invicta shall retain a security purchase money security interests in all postpetition inventory delivered to the Debtor, and shall be authorized to execute and file any and all documents necessary to carry out the provisions of such agreement.

11. Pursuant to Section 364(c) of the Bankruptcy Code, the Court may authorize the Debtor to obtain credit secured by a lien on property of the estate that is not otherwise subject to a lien. To the best of the Debtor's knowledge, there are no liens on these properties. Therefore, the proposed lien would not impair the lien rights of any other creditor.

12. The subject loan agreement is being prepared and shall be filed in connection herewith immediately upon its completion as to comply with Rule 4001(c)(1)(A).

13. A summary of the Agreement is as follows:

   a. Principal sum: $500,000 to $1,200,000 of product [Invicta watches] delivered weekly

   b. Type: Purchase Money Security Interest

   c. Treatment: Secured

   d. Weekly payments: Comparable to weekly amount of product delivered

   e. Interest: None

   f. Loan term: Recurring

<u>Relief Requested and Basis for Relief</u>

14. The contemplated loan for amounts equivalent to the wholesale costs of postpetition inventory delivered weekly to the Debtor postpetition will be secured by such inventory, more specifically Invicta watches.

15. This arrangement with Invicta has proven to be a profitable business strategy for the Debtor, as the Debtor is able to purchase large quantities of goods at discounted wholesale prices.

16.     Invicta may not supply the Debtor with inventory going forward if the relief in this Motion is not granted, as Invicta is requiring a security interest in the inventory provided.

17.     Debtor submits that approval of this Motion is in the best interests of the estate and its creditors as the entirety of the Debtor's business is selling Invicta watches, which are supplied by the manufacturer, Invicta. Therefore, without an uninterrupted supply of goods from Invicta, the Debtor would not be able to operate.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order granting Debtor's motion for approval of postpetition financing as more fully described herein, and, and for such other and further relief as is just and proper.

I HEREBY CERTIFY that a true and correct copy of this Motion will be served along with the Notice of Hearing on this matter.

Dated: May 30, 2023            Respectfully submitted,

Wernick Law, PLLC
*Counsel for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561)961-0922

By: */s/Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No. 14059
awernick@wernicklaw.com

Exhibit "A"
Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Retailing Enterprises, LLC,

Case No. 23-14169-SMG
Chapter 11

        Debtor.
_____/

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER APPROVING FINANCING OF INVENTORY SUPPLIED TO DEBTOR POSTPETITION**

THIS MATTER came before the Court for hearing on _____ at _____ in Fort Lauderdale, Florida upon the Debtor-in-Possession RETAILING ENTERPRISES, LLC (the "Debtor") *Emergency Motion for Order Approving Financing of Inventory Supplied to Debtor Postpetition* [ECF   ] (the "Motion"). The Court, having reviewed the records and having heard the proffers of counsel, and being otherwise fully advised in the premises,

**ORDERS**:

    1.    The Motion is **GRANTED**.

    2.    The Debtor is authorized to purchase $500,000 to $1,200,000 of product weekly on credit with its manufacturer and sole supplier, Invicta, pursuant to the terms set forth in Debtor's Motion.

3.      Invicta shall have a purchase money security interest in any goods supplied postpetition, and is authorized to execute and file any and all documents necessary to carry out the provisions of its agreement with the Debtor.

###

Submitted by:
Aaron A. Wernick, Esq.
Wernick Law, PLLC
*Attorneys for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
(561) 961-0922
awernick@wernicklaw.com

*Aaron A. Wernick, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and to file a certificate of service.*