UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

                                                          Case No. 23-14169-SMG

Retailing Enterprises, LLC,                        Chapter 11

                       Debtor.

_____/

## <u>CERTIFICATE OF SERVICE – ECF 6, 7, 8, 9, 10 and 12</u>

        I HEREBY CERTIFY that a true and correct copy of the following documents were served on all parties listed below in the manner and dates indicated:

[ECF 6] *Debtor's Expedited Motion to Use Cash Collateral of City National Bank of Florida.*

[ECF 7] *Debtor's Expedited Motion for Authorization to Maintain Pre-Petition Bank Accounts*

[ECF 8] *Debtor's Emergency Motion Authorizing Debtor to Honor and/or Pay Pre-Petition Wages and Salaries*

[ECF 9] *Debtor's Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors.*

[ECF 10] Debtor's Emergency Motion for Order Approving Financing of Inventory Supplied to the Debtor Post Petition.

[ECF 12] *Notice of Hearing* to consider ECF 6, ECF 7, ECF 8, ECF 9 and ECF 10

Dated: May 31, 2023

                                 Wernick Law, PLLC
                                 *Proposed Counsel for the Debtor*
                                 2255 Glades Road, Suite 324A
                                 Boca Raton, Florida 33431
                                 (561)961-0922/(561)431-2474- fax

                                 By: *<u>/s/Aaron A. Wernick</u>*
                                 Aaron A. Wernick, Esq.
                                 Florida Bar No.: 14059
                                 awernick@wernicklaw.com

**SERVED VIA CM/ECF NOTICE ON MAY 30, 2023 TO:**

Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee
martin.p.ochs@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Bradley S Shraiberg on behalf of Creditor Invicta Watch Company of America, Inc.
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;bankruptcy@simon.com

**SERVED VIA FIRST CLASS U.S. POSTAL MAIL ON MAY 31, 2023 TO:**

All parties on the attached mailing list served by BK Attorney Services, Inc.
CertificateofService.com.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

RETAILING ENTERPRISES, LLC

CASE NO: 23-14169-SMG

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 12

On 5/31/2023, I did cause a copy of the following documents, described below,

Notice of Hearing on Emergency Motions ECF Docket Reference No. 12

Motion to Use Cash Collateral of City National Bank of Florida 6

Motion for Maintenance of Existing Bank Accounts 7

Motion for Pre-Petition Wages 8

Motion for Payment of Prepetition Claims 9

Motion to Approve Financing of Inventory 10

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/31/2023

/s/ Aaron A. Wernick
Aaron A. Wernick  14059

Wernick Law, PLLC
2255 Glades Road, Ste 324A
Boca Raton, FL  33431
561 613 8306
cworkinger@wernicklaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                         CASE NO: 23-14169-SMG

RETAILING ENTERPRISES, LLC          **CERTIFICATE OF SERVICE**
                                               **DECLARATION OF MAILING**

                                               Chapter: 11
                                               ECF Docket Reference No. 12

On 5/31/2023, a copy of the following documents, described below,

Notice of Hearing on Emergency Motions ECF Docket Reference No. 12

Motion to Use Cash Collateral of City National Bank of Florida 6

Motion for Maintenance of Existing Bank Accounts 7

Motion for Pre-Petition Wages 8

Motion for Payment of Prepetition Claims 9

Motion to Approve Financing of Inventory 10

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/31/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Aaron A. Wernick
Wernick Law, PLLC
2255 Glades Road, Ste 324A
Boca Raton, FL  33431

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names were struck through were not served via First Class USPS Mail Service.

CASE INFO                              ~~EXCLUDE~~                                DEBTOR

  LABEL MATRIX FOR LOCAL NOTICING      ~~(U) INVICTA WATCH COMPANY OF AMERICA~~   RETAILING ENTERPRISES  LLC
NCRS ADDRESS DOWNLOAD                  ~~INC~~                                    405 SW 148TH AVE
CASE 23-14169-SMG                                                                 SUITE 1
SOUTHERN DISTRICT OF FLORIDA                                                      DAVIE  FL 33325-3022
WED MAY 31 8-11-52 PST 2023


SIMON PROPERTY GROUP  INC              1535 BROADWAY LLC                          AFCO CREDIT CORP
ATTN RONALDM TUCKER ESQ                CO VORNADO OFFICE MANAGEMENT LLC           5600 NORTH RIVER ROAD
225 WEST WASHINGTON STREET             888 SEVENTH AVE ATTN EXEC VICE PRES        SUITE 400
INDIANAPOLIS  IN 46204-3438            NEW YORK  NY 10106-0001                    ROSEMONT  IL 60018-5187


ACCELERIZE 360 INC                     ADDSHOPPERS  INC                           AKERMAN LLP
750 N SAINT PAUL STREET                15806 BROOKWAY DR                          420 SOUTH ORANGE AVE
SUITE 1525                             SUITE 200                                  SUITE 1200
DALLAS  TX 75201-3218                  HUNTERSVILLE  NC 28078-3246                ORLANDO  FL 32801-4904


ALLY FINANCIAL                         ARIZONA DEPARTMENT OF REVENUE              ASK NICELY LLC
ACTIVE BANKRUPTCY DEPARTMENT           PO BOX 29085                               1615 SE 3RD AVE
PO BOX 130424                          PHOENIX  AZ 85038-9085                     3RD FLOOR
ROSEVILLE  MN 55113-0004                                                          PORTLAND  OR 97214-2283


AVENTURA MALL VENTURE                  AVENTURA MALL VENTURE                      AVENTURA MALL VENTURE CO MS
CO SCOTT R SCHOMBER  ESQ               CO TURNBERRY AVENTURA MALL CO  LTD         MANAGEMENT ASSOCIATES INC
5900 N ANDREWS AVE  STE 710            19501 BISCAYNE BLVD  STE 400               225 WEST WASHINGTON ST ATTN SR EXEC VP
FORT LAUDERDALE  FL 33309-2300         MIAMI  FL 33180-2337                       INDIANAPOLIS  IN 46204-3435


BPR REIT SERVICE  LLC                  BARTON LLP                                 BERGER SINGERMAN LLP
350 N ORLEANS ST  STE 300              711 THIRD AVENUE                           201 EAST LAS OLAS BLVD
ATTN GRETCHEN KAPLAN  SEN ASSOC GEN CO 14TH FLOOR                                 SUITE 1500
CHICAGO  IL 60654-1607                 NEW YORK  NY 10017-9202                    FORT LAUDERDALE  FL 33301-4439


BEXAR COUNTY TAX COLLECTOR             BROWARD COUNTY TAX COLLECTOR               CARLTON FIELDS
PO BOX 839950                          115 S ANDREWS AVE                          2 MIAMI CENTRAL
SAN ANTONIO  TX 78283-3950             SUITE A100                                 700 NW 1ST AVE STE 1200
                                       FORT LAUDERDALE  FL 33301-1895             MIAMI  FL 33136-4118


CENTER FOR LEADERSHIP STUDIES  INC     CITY NATIONAL BANK OF FLORIDA              CITY OF HIALEAH BUSINESS TAX DIVISION
280 TOWERVIEW COURT                    ATTN LEGAL DEPARTMENT                      501 PALM AVENUE
CARY  NC 27513-3591                    25 WEST FLAGLER STREET                     HIALEAH  FL 33010-4719
                                       MIAMI  FL 33130-1785


CITY OF HYATTSVILLE                    CITY OF SUNRISE                            CLARK COUNTY ASSESSOR
OFFICE OF THE TREASURER                10770 WEST OAKLAND PARK BLVD               500 S GRAND CENTRAL PKWY  2ND FLR
4310 GALLATIN STREET                   FORT LAUDERDALE  FL 33351-6899             PO BOX 551401
HYATTSVILLE  MD 20781-2050                                                        LAS VEGAS  NV 89155-1401

Parties whose names were struck through were not served via First Class USPS Mail Service.

(P)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
301 W PRESTON ST ROOM 409
BALTIMORE MD 21201-2383

DEKLAB COUNTY TAX COMMISSIONER
PO BOX 100004
DECATUR GA 30031-7004

DELL FINANCIAL SERVICES  LLC
MAIL STOPPS2DF23
ONE DELL WAY
ROUND ROCK  TX 78682-7000

FEDEX CORPORATION
942 SOUTH SHADY GROVE RD
MEMPHIS  TN 38120-4117

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE ST
PO BOX 6668
TALLAHASSEE  FL 32314-6668

FLORIDA DEPARTMENT OF REVENUE
CORAL SPRINGS SERVICE CENTER
3301 UNIVERSITY DR  STE 200
CORAL SPRINGS  FL 33065-4149

FULTON COUNTY TAX COMMISSIONER
ARTHUR E FERDINAND
141 PRYOR STREET SW
ATLANTA  GA 30303-3444

(P)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

HAYS COUNTY TAX OFFICE
712 S STAGECOACH TRAIL
SUITE 1120
SAN MARCOS  TX 78666-6249

HILCO REAL ESTATE  LLC
5 REVERE DRIVE
SUITE 410
NORTHBROOK  IL 60062-1565

HILLSBOROUGH COUNTY TAX COLLECTOR
PO BOX 30012
TAMPA  FL 33630-3012

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INVICTA WATCH COMPANY OF AMERICA  INC
ATTN AILEEN DRUCKER
3069 TAFT ST1 INVICTA WAY
MIAMI  FL 33122

MACERICH MANAGEMENT COMPANY
AGENT FOR BROOKS SHOPPING CENTERS  LLC
401 WILSHIRE BLVD  STE 700
SANTA MONICA  CA 90401-1452

MAGNA MARKETING
147 PRINCE ST
SUITE 2-31
BROOKLYN  NY 11201-3022

NYC DEPARTMENT OF FINANCE
59 MAIDEN LANE
28TH FLOOR
NEW YORK  NY 10038-4502

NANCY C MILLAN  TAX COLLECTOR
2506 N FALKENBURG ROAD
TAMPA  FL 33619-0917

NEW YORK STATE CORPORATION TAX
BANKRUPTCY SECTION
PO BOX 5300
ALBANY  NY 12205-0300

EXCLUDE
OFFICE OF THE US TRUSTEE
51 SW 1ST AVE
SUITE 1204
MIAMI  FL 33130-1614

ORANGE COUNTY TAX COLLECTOR
PO BOX 545100
ORLANDO  FL 32854-5100

PR PRINCE GEORGES PLAZA LLC
CO PREIT SERVICES  LLC
200 S BROAD ST  3RD FL ATTN LEGAL DIRE
PHILADELPHIA  PA 19102-3803

PR PRINCE GEORGES PLAZA LLCCO PREIT
ONE COMMERCE ST
2005 MARKET ST  STE 100
PHILADELPHIA  PA 19103-7042

PRINCE GEORGES COUNTY MARYLAND
1301 MCCORMICK DRIVE
UPPER MARLBORO  MD 20774-5416

SARASOTA COUNTY TAX COLLECTOR
101 S WASHINGTON BLVD
SARASOTA  FL 34236-6993

SIMON PROPERTY GROUP
225 WEST WASHINGTON STREET
INDIANAPOLIS  IN 46204-3438

SIMON PROPERTY GROUP  LP  ETAL
CO BERGER SINGERMAN  LLP
201 E LAS OLAS BLVD  STE 1500
FORT LAUDERDALE  FL 33301-4439

TAMPA WESTSHORE ASSOCIATES LIMITED
PARTNERSH
200 EAST LONG LAKE ROAD
PO BOX 200
BLOOMFIELD HILLS  MI 48303-0200

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

THE MALL AT PRINCE GEORGES
3500 EAST WEST HIGHWAY
ATTN GENERAL MANAGER
HYATTSVILLE  MD 20782-1916

WESTLAND MALL  LLC
591 WEST PUTNAM AVE
GREENWICH  CT 06830-6005

WESTLAND MALL  LLC
CO C T CORPORATION SYSTEM REGISTERED A
1200 SOUTH PINE ISLAND ROAD
FORT LAUDERDALE  FL 33324-4413

ZWI GROUP LLC
1532 SOUTH WASHINGTON AVE
PISCATAWAY  NJ 08854-3947

EXCLUDE
AARON A WERNICK
WERNICK LAW  PLLC
2255 GLADES RD  324A
BOCA RATON  FL 33431-8571