UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Retailing Enterprises, LLC,

Case No. 23-14169-SMG
Chapter 11

Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Retailing Enterprises, LLC, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under Chapter 11: **May 30, 2023**

2. Names, case numbers and dates of filing of related debtor: **N/A**

3. Description of debtor's business: **The Debtor is an official reseller of the Invicta watches both in domestic retail locations as well as online.**

4. Locations of debtor's operations and whether the business premises are leased or owned: **The Debtor leases its main business premises located at 405 SW 148th Ave, Suite 1, Davie, FL 33325. The Debtor also leases a total of 24 brick and mortar retail locations which are primarily in Florida, but also in Georgia, New York, Texas, New Jersey, Maryland, Delaware, and Nevada. Details of each leased retail location are attached** *to Debtor's Expedited Motion for Extension of Time for Performance of Obligations Arising Under Unexpired Non-Residential Real Property Leases* **as Exhibit A.** *See* **ECF 22.**

5. Reasons for filing Chapter 11: **The Debtor is filing chapter 11 to stabilize its operations, reorganize its debts, and attempt to resolve ongoing disputes with several of its landlords.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

   **Mauricio Krantzberg, Managing Member/ President – annual salary of approximately $287,000 (biweekly gross pay of $11,538.46).**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

| GROSS INCOME - YEAR TO DATE: | GROSS INCOME PRIOR YEAR: |
|---|---|
| 1/01/2023 to Filing date | 1/01/2022 to 12/31/2022 |
| $27,881,790.00 | $116,578,000.00 |

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   **IRS: $0.00**
   **State Taxes: $634,838.56**
   **Other Taxes: $265,570.98**

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

| Creditor | Amt Claim | Collateral | Value |
|---|---|---|---|
| **City National Bank of Florida** | $7,762,461.82 | All assets of the Debtor (1st position) | TBD* |
| **City National Bank of Florida** | $9,796,771.00 | All assets of the Debtor (2nd position) | TBD* |
| **Ally Financial** | $24,137.01 | 2018 Dodge Ram Promaster 3500 | $43,188.00 (estimated) |

   c. Amount of unsecured claims: **$49,211,467.40 (estimated)**

9. General description and approximate value of the debtor's assets*: **Cash and bank accounts ($14,015.12); Deposits and Prepayments (TBD); Investments ($232,960.00);** accounts receivable ($238,152.00); office furniture and fixtures (TBD); used computer equipment for all locations (TBD); vehicle ($43,188.00) and  inventory per liquidation value. ($6,500,000).

   *The Debtor is still reviewing and examining fair market values of certain assets, with such valuations to be listed on the Debtor's forthcoming schedules.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

    Policy Type: **Commercial Auto Insurance**

Insurer:  **Infinity Commercial Auto**
Policy number: **509-80001-9622-001**
Policy term:  **May 7, 2023 to May 7, 2024**
Premium: **$12,067.00**
Pay status: **Current**

Policy Type: **Commercial Property Insurance (Florida)**
Insurer:  **Arch Specialty Insurance Co.**
Policy number: **ESP100019004**
Policy term:  **March 1, 2023 to March 1, 2024**
Premium: **$204,725.00**
Pay status: **Current**

Policy Type: **Commercial General Liability Insurance**
Insurer:  **Hartford Fire Insurance Co.**
Policy number: **22 UEN BH8446 K3**
Policy term:  **March 1, 2023 to March 1, 2024**
Premium: **$86,648.24**
Pay status: **Current**

Policy Type:  **Excess/Umbrella Liability**
Insurer:  **Hartford Casualty Insurance Co.**
Policy number: **22 RHU BH7570 K3**
Policy term:  **March 1, 2023 to March 1, 2024**
Premium: **$28,030.00**
Pay status: **Current**

Policy Type:   **Cybersecurity/Cyber liability policy**
Insurer:  **Coalition Insurance Company**
Policy number: **C-4LRC-008340-CYBER-2023-01**
Policy term: **April 11, 2023 to April 11, 2024**
Premium: **$42,233.00**
Pay status: **Current**

Policy Type:  **Crime Insurance**
Insurer: **Travelers Casualty & Surety Co.**
Policy number: **105902490**
Policy term:  **March 4, 2023 to March 4, 2024**
Premium: **$17,274.00**
Pay status: **Current**

Policy Type: **Worker's compensation/EPLI**
Insurer:  **ADP**
Policy number: **Payroll Addendum**
Policy term:  **Ongoing**
Premium: **Percentage of annual gross payroll, varies by state\***
Pay status: **Current**

3

***Service fee rate ranges from 4.89% to 7.23% of annual gross payroll; average rate of 5.68%**

11. Number of employees and amounts of wages owed as of petition date:

    **164 employees; $278,810.83**

12. Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

    **Estimated payroll tax for May 28, 29 and 30, 2023 in the amount of $5,114.67.**

    **Estimated sales tax for May 1 through May 31, 2023 in the amount of $450,000.**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

    - **Motion to Use Cash Collateral of City National Bank of Florida**
    - **Motion for Entry of Interim and Final Orders (I) Authorizing Maintenance of Certain Existing Bank Accounts and Cash Management System, (II) Authorizing Continued Use of Certain Credit Cards, (III) Waiving Certain U.S. Trustee Requirements in Connection Therewith, and (IV) Granting Related Relief**
    - **Motion for Interim and Final Orders Authorizing Debtor to Honor and/or Pay Prepetition Wages and Salaries**
    - **Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors**
    - **Motion for Order Approving Financing of Inventory Supplied to Debtor Postpetition**

Dated: June 2, 2023

Wernick Law, PLLC
*Counsel for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561) 961-0922

By: /s/*Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No. 14059
awernick@wernicklaw.com