

**ORDERED in the Southern District of Florida on June 15, 2023.**

*[Signature]*

**Scott M. Grossman, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Retailing Enterprises, LLC,

        Debtor.
_____/

Case No.  23-14169-SMG
Chapter 11

**ORDER GRANTING
*EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE
SUMMARY OF ASSETS AND LIABILITIES AND CERTAIN
STATISTICAL INFORMATION, SCHEDULES A/B, D, E/F, G AND H,
DECLARATION CONCERNING DEBTOR'S SCHEDULES, STATEMENT
OF FINANCIAL AFFAIRS, AND LIST OF EQUITY SECURITY HOLDERS**

       THIS MATTER came before the Court without a hearing upon Retailing Enterprises, LLC's (the "Debtor") *Ex Parte Motion for Extension of Time to File Summary of Assets and Liabilities and Certain Statistical Information, Schedules A/B, D, E/F, G and H, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, and List of Equity Security Holders* [ECF 102] (the "Motion") in the above-captioned case. The Court, having considered the Motion and being fully advised in the premises, hereby

**ORDERS** that:

1. The Motion is GRANTED.

2. The deadline for the Debtor to file the Summary of Assets and Liabilities and Certain Statistical Information, Schedules A/B, D, E/F, G and H, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, and List of Equity Security Holders is extended through and including **June 22, 2023.**

3. No further extensions will be granted absent extraordinary circumstances.

###

**Submitted by:**
Aaron A. Wernick, Esq.
Wernick Law, PLLC
*Attorneys for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561) 961-0922
awernick@wernicklaw.com

*Aaron A. Wernick, Esq. is directed to serve a copy of this Order on all appropriate parties and file a Certificate of Service with the Court.*