UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

                              Case No. 23-14169-SMG

Retailing Enterprises, LLC,               Chapter 11

           Debtor.
_____/

## DEBTOR'S OBJECTION TO PROOF OF CLAIM 31-1

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

      **Retailing Enterprises, LLC, (the "Debtor"), by and through undersigned counsel, has filed an objection to your claim in this bankruptcy case. This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

      **If you disagree with the Debtor's objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorneys for the Debtor OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

      **If you mail your response to the Court for filing, you must mail it to: The United States Bankruptcy Court, United States Courthouse 299 East Broward Blvd., Room 112, Fort Lauderdale, FL 33301, early enough so the Court will receive it on or before the deadline date above.**

      **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court. If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.**

      Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtor objects to the following claims scheduled and/or filed in this case:

| <u>Claim No.</u> | <u>Name of Claimant</u> | <u>Claim Amount</u> | <u>Basis for Objection and Recommended Disposition</u> |
|---|---|---|---|
| | | | |

| 31-1 | Department of Treasury - Internal Revenue Service | $3,645.92 ($3,111.82 priority $534.10 general unsecured) | Claim based solely on estimates of WT-FICA claims due to alleged unfiled quarterly employer and unemployment returns. The Debtor submits all required tax returns were filed by ADP TotalSource, and all amounts required to be withheld have already been paid to the Internal Revenue Service; therefore, no taxes are owed. Attached as Exhibit A is an email letter from ADP TotalSource explaining in more detail how payroll withholdings are paid. Attached as Exhibit B is the services agreement between the Debtor and ADP. Accordingly, the Claim should be stricken and disallowed in its entirety. |

I HEREBY CERTIFY that a true and correct copy of the foregoing will be served on the parties registered to receive CM/ECF notice on July 27, 2023 and parties listed below, via U.S. Mail on July 27, 2023, at which time the Debtor will file a separate certificate of service.

*/s/ Aaron A. Wernick*
Aaron A. Wernick, Esq.
Wernick Law, PLLC
*Attorneys for the Debtor*
2255 Glades Rd., #324A
Boca Raton, FL 33431
(561)961-0922 (561)431-2474-fax
Email: awernick@wernicklaw.com

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346