

**ORDERED in the Southern District of Florida on August 8, 2023.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Retailing Enterprises, LLC
d/b/a Invicta,
          Debtor.
_____/

Case No. 23-14169-SMG
Chapter 11

**ORDER GRANTING MOTION TO APPROVE AGREEMENT
BETWEEN DEBTOR AND ARCH SPECIALTY INSURANCE COMPANY**

THIS MATTER came before the Court without a hearing on the Motion [ECF 167] (the "Motion") of Retailing Enterprises, LLC, d/b/a Invicta, as Debtor and Debtor-in-possession in the above captioned Chapter 11 Case (the "Debtor"), for entry of an Order pursuant to Fed. R. Bankr. P. 9019 and Local Rules 9019-1 and 9013-1(D) approving a settlement and compromise between Debtor and Arch Specialty Insurance Company (Collectively, the "Parties") pursuant to the terms of, and as set forth in, the Settlement Agreement executed by the Parties (the "Agreement"), which is attached to the Motion. The

Debtor, by submitting this form of order, has represented that the Motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by such Local Rule has expired, that no creditor or party in interest has filed or served a response to the Motion, and that the form of this order was attached as an exhibit to the Motion.  The Court, having reviewed the Motion and the record in this case, and otherwise being fully advised in the premises, finds that the relief requested in Motion is reasonable and in the best interests of the Debtor, the Debtor's bankruptcy estate, and all creditors and parties in interest in the Chapter 11 case, and further finds that good cause exists to approve the Agreement and grant the relief requested in the Motion.  Accordingly, the Court:

**ORDERED:**

1. The Motion is GRANTED in all respects.

2. The Debtor has the authority to enter into the Premium Finance Agreement with Arch Specialty Insurance Company.

3. The Debtor is authorized and directed to execute and deliver any and all documents and take any and all actions required by or necessary to implement the terms of the Agreement.

###

Submitted by:

Aaron A. Wernick, Esq.
Wernick Law PLLC
*Attorneys for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
(561)961-0922/ (561)431-2474-fax
awernick@wernicklaw.com

*Attorney Wernick is directed to serve a copy of this order on all parties in interest and file an appropriate certificate of service.*