

**ORDERED in the Southern District of Florida on August 28, 2023.**

*[signature]*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Retailing Enterprises, LLC,

        Debtor.
_____/

Case No. 23-14169-SMG
Chapter 11

**ORDER SUSTAINING DEBTOR'S OBJECTION TO
PROOF OF CLAIM NO. 31-1 OF INTERNAL REVENUE SERVICE [ECF 216]**

This matter, having been considered without hearing on Debtor's *Objection to Proof of Claim No. 31-1 filed by Department of Treasury – Internal Revenue Service* [ECF 192] (the "Objection"), and the objector by submitting this order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested

in the objection, and this Court having considered the basis for the objection to the claim, it is

ORDERED:

1. The Objection to the claim filed by Department of Treasury – Internal Revenue Service in the amount of $3,645.92 [POC 31-1] is SUSTAINED, and said claim is stricken and disallowed in its entirety.

###

**Submitted by:**

Aaron A. Wernick, Esq.
Wernick Law, PLLC
*Attorneys for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561)961-0922/(561)431-2474- fax
awernick@wernicklaw.com

*Aaron A. Wernick, Esq. is directed to serve a copy of this Order on all interested parties and file a Certificate of Service with the Court.*