UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Retailing Enterprises, LLC,

         Debtor.
_____/

Case No. 23-14169-SMG
Chapter 11

**BALLOT AND DEADLINE FOR FILING BALLOT**
**ACCEPTING OR REJECTING PLAN**

**TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]**

The Amended Plan filed by **Retailing Enterprises, LLC,** the Debtor, on **December 4, 2023 [ECF 446]** can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.

This ballot is for creditor __1535 Broadway LLC__ for the following type of claim placed in the indicated class in the indicated amount:

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Allowed Secured Claim of City National Bank of Florida (Revolving Note) | 1 | |
| ☐ Allowed Secured Claim of City National Bank of Florida – (2021 Note) | 2 | |
| ☐ Allowed Secured Claim of City National Bank of Florida – (2023 Note) | 3 | |
| ☐ Allowed Secured Claim of Bexar County Tax Collector | 4 | |
| ☐ Allowed Secured Tax Claims of Prince George's County, Maryland | 5 | |
| ☐ Allowed Secured Tax Claim of Dekalb County Tax Commissioner | 6 | |

| | | |
|---|---|---|
| ☐ Allowed Secured Tax Claim of County of Hays, Texas | 7 | |
| ☐ Allowed Secured Tax Claims of Hillsborough County Tax Collector | 8 | |
| ☐ Allowed Secured Tax Claim of San Marcos CISD | 9 | |
| ☐ Allowed Secured Tax Claims of Broward County Tax Collector | 10 | |
| ☐ Allowed Secured Claim of Ally Bank | 11 | |
| ☐ Allowed Secured Claim of Dell Financial Services | 12 | |
| ☐ Allowed Claim of Invicta Watch Company of America, Inc. | 13 | |
| ☐ Allowed Claim of University Town Center for Assumed Lease | 14A | |
| ☐ Allowed Claim of Simon Property Group, Inc. for Assumed Leases (Sawgrass and Orlando Outlet leases) | 14B | |
| ☐ Allowed Claim of Palm Beach Outlets I, LLC for Assumed Lease | 14C | |
| ☐ Allowed Claim of El Paso Outlet Center CMBS, LLC for Assumed Lease | 14D | |
| ☐ Claims of Brookfield Properties Retail Inc. for Assumed Leases (Christiana Mall, Perimeter Mall, and North Star Mall leases) | 14E | |
| ☐ Allowed Claim of Queens Center SPE LLC Landlord for Assumed Lease | 14F | |
| ☐ Allowed Claim of PR Prince George's Plaza LLC for Assumed Lease | 14G | |
| ☐ Allowed Claim of Brooks Shopping Centers LLC for Assumed Lease | 14H | |
| ☐ Allowed Claim of Extend, Inc. for Assumed Contract | 14I | |
| ☐ Allowed Claim of Affirm Inc. for Assumed Contract | 14J | |

| | | |
|---|---|---|
| ☐ Allowed Claim of SalesForce, Inc. for Assumed Contract | 14K | |
| ☒ Allowed General Unsecured Claims | 15 | $3,112,613.51 (POC No. 96) |
| ☐ Allowed Equity Interests | 16 | |

**The undersigned**  ☒ **Accepts**   ☐ **Rejects** the Plan filed by the above-captioned Debtor.

Signed: _____

Print Name: Jay B. Solomon, Esq., attorney for Creditor 1535 Broadway LLC

Address: c/o Belkin Burden Goldman, LLP, 60 E 42nd St., 16th Fl., NY, NY 10165

Phone: 212-485-5280                                    Date: Feb. 8, 2024

**\*\*\* FILE THIS BALLOT ON OR BEFORE <u>JANUARY 29, 2024</u> \*\*\***
**with:  Clerk of Bankruptcy Court**
         **United States Bankruptcy Court**
         **299 East Broward Blvd., Room 112**
         **Ft. Lauderdale, FL 33301**

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).**