UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

RETAILING ENTERPRISES, LLC    Case Number: 23-14169-SMG
                                 Chapter 11
　　Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Docket Text: Order Granting Ex Parte Motion to Allow Bradley S. Shraiberg, Esq. to Appear Remotely at Confirmation Hearing* **[ECF No. 587]** was served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case on February 9, 2024.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                 SHRAIBERG PAGE, P.A.
                                 Counsel to Invicta Watch Company
                                 2385 NW Executive Center Drive, Suite 300
                                 Boca Raton, Florida 33431
                                 Telephone: 561-443-0800
                                 Facsimile: 561-998-0047
                                 Email: bss@slp.law

                                 By:   /s/ Bradley S. Shraiberg
                                 　　　Bradley S. Shraiberg
                                 　　　Fla. Bar No. 121622

{2472/000/00575635}

## Service List
## Case No. 23-14169-SMG

**Served by CM/ECF:**

Joaquin J Alemany on behalf of Creditor Brookfield Properties Retail Inc.
joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Joaquin J Alemany on behalf of Creditor Centennial Westland Mall Partners, LLC
joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Joaquin J Alemany on behalf of Creditor Christiana Mall LLC
joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Joaquin J Alemany on behalf of Creditor Christina Mall LLC
joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Joaquin J Alemany on behalf of Creditor North Star Mall, LLC
joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Joaquin J Alemany on behalf of Creditor Perimeter Mall, LLC
joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Joaquin J Alemany on behalf of Creditor Queens Center SPE, LLC
joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Joaquin J Alemany on behalf of Creditor Westland Mall, LLC
joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Scott Andron on behalf of Creditor Broward County
sandron@broward.org, swulfekuhle@broward.org

Lauren A Baio on behalf of Creditor TB Mall at UTC, LLC
lauren.baio@arlaw.com, jessica.eck@arlaw.com

Paul J. Battista, Esq on behalf of Interested Party City National Bank of Florida
pjbattista@venable.com,
cascavone@venable.com;jnunez@venable.com;imalcolm@venable.com;heburke@venable.com;imalcolm@ecf.courtdrive.com

Joshua W Dobin on behalf of Creditor Committee Creditor Committee
jdobin@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;jdobin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

John D Eaton on behalf of Creditor Aventura Mall Venture
jeaton@shawde-eaton.com, sduquesnay@shawde-eaton.com

Brian T FitzGerald, Esq on behalf of Creditor Hillsborough county tax collector
fitzgeraldb@hillsboroughcounty.org, connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org

Mariaelena Gayo-Guitian on behalf of Interested Party City National Bank of Florida
mguitian@venable.com, jnunez@venable.com;cascavone@venable.com;imalcolm@ecf.courtdrive.com

Angela N Grewal on behalf of Creditor TB Mall at UTC, LLC
angela.grewal@arlaw.com, jessica.eck@arlaw.com;richene.oliver@arlaw.com;philip.navarro@arlaw.com

{2472/000/00575635}

Nicole C. Kenworthy on behalf of Creditor Prince George's County, Maryland
nkenworthy@mrrlaw.net

Jeffrey Kurtzman on behalf of Creditor PREIT Services, LLC as agent for PR Prince Georges Plaza LLC
kurtzman@kurtzmansteady.com

Isaac M Marcushamer, Esq. on behalf of Creditor ZWI Group, LLC
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Ilan Markus on behalf of Creditor Horizon Group Properties, Inc. and Brooks Shopping Centers LLC
imarkus@barclaydamon.com, docketing@barclaydamon.com

Meaghan E Murphy on behalf of Creditor Committee Creditor Committee
mmurphy@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com;mmurphy@ecf.courtdrive.com

Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee
martin.p.ochs@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Julie Anne Parsons on behalf of Creditor The County of Hays, Texas
jparsons@mvbalaw.com, kalexander@mvbalaw.com

Kristen N Pate on behalf of Creditor Brookfield Properties Retail Inc.
bk@brookfieldpropertiesretail.com

Prince George's County, Maryland
bdept@mrrlaw.net

Chad P Pugatch, Esq. on behalf of Interested Party Mauricio Krantzberg
ecf.pugatch@loriumlaw.com

Alexis S Read on behalf of Creditor Magna Marketing LLC
asr@alexisreadlaw.com, asr@readlawpllc.com;alexis.read@dunnlawpa.com

Heather L. Ries, Esq. on behalf of Creditor PREIT Services, LLC as agent for PR Prince Georges Plaza LLC
hries@foxrothschild.com, ralbert@foxrothschild.com

Robin J. Rubens, Esq. on behalf of Creditor Arundel Mills Limited Partnership
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Fashion Centre Mall, LLC
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Florida Mall Associates, Ltd.
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor HG Galleria, LLC
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor JG Elizabeth II, LLC
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Jersey Shore Premium Outlets, LLC
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Las Vegas North Outlets, LLC
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Las Vegas South Outlets, LLC
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Mall at Miami International, LLC
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Mall of Georgia, LLC
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Newport Centre LLC
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Orlando Outlet Owner, LLC
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Orlando Vineland PO, L.P.
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Plaza Carolina Mall, L.P.
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Premium Outlet Partners, LP
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor San Marcos Premium Outlets, L.P.
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Simon Prop. Grp. (TX) LP
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Simon Property Group (Texas) LP
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Simon Property Group, L.P.
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor Sunrise Mills (MLP) Limited Partnership
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor The Retail Property Trust
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor The Retail Property Trust (Roosevelt Field)
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Creditor The Town Center Boca Raton Trust
rrubens@bergersingerman.com, efile@ecf.inforuptcy.com;efile@bergersingerman.com

Diane W Sanders on behalf of Creditor San Marcos CISD
austin.bankruptcy@lgbs.com

Bradley S Shraiberg on behalf of Creditor Invicta Watch Company of America, Inc.
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

{2472/000/00575635}

Jay B Solomon on behalf of Creditor 1535 Broadway LLC
jsolomon@bbgllp.com

Gavin N Stewart on behalf of Creditor Ally Bank
bk@stewartlegalgroup.com

Raychelle A Tasher on behalf of Creditor United States of America, Dept of Treasury/Internal Revenue Service
Raychelle.Tasher@usdoj.gov, bridgett.moore@usdoj.gov;Shannon.Patterson@usdoj.gov

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;bankruptcy@simon.com

Aaron A Wernick on behalf of Debtor Retailing Enterprises, LLC
awernick@wernicklaw.com,
awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com;caftimos@wernicklaw.com;mortman@wernicklaw.com

Thomas G Zeichman on behalf of Creditor 1535 Broadway LLC
tzeichman@bmulaw.com, g67999@notify.cincompass.com;zeichman.thomasb@notify.bestcase.com

{2472/000/00575635}