UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Retailing Enterprises, LLC,

Case No. 23-14169-SMG
Chapter 11

Debtor.
_____/

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN

**TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]**

The *Amended Plan* filed by **Retailing Enterprises, LLC,** the Debtor, on **December 4, 2023** **[ECF 446]** and *Notice of Filing of Supplement to Debtor's Amended Plan of Reorganization* **[ECF 506]** filed on **January 12, 2024** can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.

This ballot is for creditor **Magna Marketing LLC** for the following type of claim placed in the indicated class in the indicated amount:

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ■ Allowed General Unsecured Claims /Proof of Claim 69 | 15 | $120,000.00 |

The undersigned ☒ Accepts   ☐ Rejects the Plan filed by the above-captioned Debtor.

Signed: *(signature)*
Print Name: Peyton Smith Jr.
Address: 147 Prince St. Brooklyn, NY 11201
Phone: (206) 310-8429      Date: 2/8/24

*** FILE THIS BALLOT ON OR BEFORE **JANUARY 29, 2024** ***
with: Clerk of Bankruptcy Court, United States Bankruptcy Court
299 East Broward Blvd., Room 112, Ft. Lauderdale, FL 33301

If you have more than one type of claim against this debtor, separate ballots must be filed, and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).