UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                        Case No.: 23-14169-SMG

Retailing Enterprises, LLC,           Chapter 11

        Debtor.
_____/

### FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE

     Pursuant to Local Rule 3022-1(A), the undersigned files this Final Report and Motion for Final Decree and represents:

     1.     The Amended Plan of Reorganization (the "Plan") [ECF 446] in this case was confirmed on February 21, 2024. The Plan ultimately provided for an 11.5 % dividend to unsecured creditors.

     2.     The deposit required by the Plan, if any, has been distributed and all matters to be completed upon the Effective Date of the confirmed Plan have been fulfilled or completed.

     3.     There are no longer any pending adversary proceedings or contested matters which would affect the substantial consummation of this case.

     4.     All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof. A summary of fees and expenses is as follows:

|  | Total claims/expenses | Initial Distributions (Paid 4/1/2024) |
|---|---|---|
| Fee for Wernick Law, PLLC, Attorney for Debtor | $237,450.09 | $38,621.61 |
| Fee for Maria M. Yip, CPA and Yip Associates, Financial Advisor for Unsecured Creditors' Committee | $262,335.25 | $42,669.22 |
| Fee for Joshua Dobin, Esq., Attorney for Unsecured Creditors' Committee | $115,026.15 | $18,709.17 |

| | | |
|---|---|---|
| Fee for GGG Partners LLC, Financial Advisor for the Debtor | $106,045.30 | To be paid on or before May 1, 2024. |
| Fee for Pulcini & Nemet, CPAs, P.A., Accountant for Debtor | $91,200.00 | To be paid on or before May 1, 2024. |
| U.S. Trustee (fees required by 28 U.S.C. §1930) | $501,521.47 | Paid |
| Clerk of Court (fees required by 28 U.S.C. §1930) | $1,770.00 | Paid |

5. Attached as Exhibit A is a distribution report detailing the payments made under the Plan as of the Initial Payment Date (i.e., April 1, 2024). The Debtor certifies that all initial distributions have been made and the Plan has been substantially consummated.

The undersigned respectfully requests that this court enter a final decree and close this fully administered case.

I certify that a copy of this report and attachments was mailed to the U.S. Trustee's office on April 3, 2024.

>*/s/ Aaron A. Wernick*
>Aaron A. Wernick, Esq.
>Wernick Law, PLLC
>Attorney for the Debtor
>2255 Glades Rd., #324A
>Boca Raton, FL 33431
>(561)961-0922
>awernick@wernicklaw.com

# EXHIBIT A

CASE NAME: <u>RETAILING ENTERPRISES, LLC</u>

CASE NUMBER: <u>23-14169-SMG</u>

The following payments have been made on or before April 1, 2024, pursuant to the Plan:

| Creditor | Allowed Claim | Initial Distribution |
|---|---|---|
| Aventura Mall Venture | $54,118.14 | $9,019.69 |
| 1535 Broadway, LLC | $279,247.11 | $139,623.56 |
| City of Hyattsville | $7,306.87 | $146.14 |
| Comptroller of Maryland | $22,646.24 | $452.92 |
| Florida Dept. of Revenue | $321,283.02 | $6,425.66 |
| Fulton County Tax Collector | $6,575.14 | $131.50 |
| Georgia Dept. of Revenue | $49,161.81 | $983.24 |
| Miami Dade County Tax. Collector | $1,421.10 | $28.42 |
| Miami Dade County Tax. Collector | $4,935.00 | $98.70 |
| NYC Department of Finance | $165,328.08 | $3,306.56 |
| Orange County Tax Collector | $3,962.57 | $79.25 |
| Orange County Tax Collector | $3,987.86 | $79.76 |
| Orange County Tax Collector | $868.19 | $17.36 |
| Sarasota County Tax Collector | $1,056.19 | $21.12 |
| City National Bank of Florida | $1,621,040.00 | $11,482.00 |
| Bexar County Tax Collector | $14,817.18 | $296.34 |
| Prince George's County, Maryland | $43,974.38 | $879.49 |
| Dekalb County Tax Commissioner | $10,344.52 | $206.89 |
| County of Hays, Texas | $6,649.01 | $132.98 |
| Hillsborough County Tax Collector | $7,517.81 | $150.36 |
| San Marcos CISD | $7,160.60 | $143.21 |
| Broward County Tax Collector | $18,043.89 | $360.88 |
| Ally Bank | $23,531.55 | $470.63 |
| Dell Financial Services | $24,515.38 | $462.64 |
| University Town Center | $14,923.85 | $7,461.93 |
| Orlando Outlet Owner LLC | $1,640,000.00 | $1,640,000.00 |
| Sunrise Mills (MLP) c/o Simon Property Group, Inc. | | |
| Palm Beach Outlets I, LLC | $8,874.00 | $4,437.00 |

| | | |
|---|---|---|
| El Paso Outlet Center CMBS, LLC | $19,969.96 | $14,484.98 |
| North Star Mall, LLC | $320,000.00 | $320,000.00 |
| Perimeter Mall, LLC | | |
| Christiana Mall, LLC | | |
| Queens Center SPE LLC | $25,621.81 | $12,810.91 |
| PR Prince George's Plaza LLC | $11,916.00 | $11,916.00 |
| Brooks Shopping Centers LLC | $275,000.00 | $22,916.67 |
| Extend, Inc. | $120,000.00 | $20,000.00 |
| Affirm Inc. | $79,000.00 | $13,166.67 |
| Salesforce, Inc. | $122,138.38 | $20,356.40 |
| Staples, Inc. | $820.09 | $51.26 |
| Arizona Department of Revenue | $49.12 | $3.07 |
| Arundel Mills | $28,087.55 | $1,755.47 |
| Simon Property Group (TX) LP | $27,777.36 | $1,736.09 |
| Fashion Centre Mall, LLC | $49,533.43 | $3,095.84 |
| Florida Mall Associates LTD | $155,880.95 | $9,742.56 |
| HG Galleria, LLC | $93,227.85 | $5,826.74 |
| Jersey Shore Premium Outlets, LLC | $36,342.16 | $2,271.39 |
| Las Vegas North Outlets, LLC | $107,872.74 | $6,742.05 |
| Las Vegas South Premium Outlets LLC | $48,629.60 | $3,039.35 |
| Lenox Square | $13,116.34 | $819.77 |
| Mall of Georgia, LLC | $19,922.95 | $1,245.18 |
| Mall at Miami International, LLC | $56,758.20 | $3,547.39 |
| Newport Centre LLC | $16,161.45 | $1,010.09 |
| Simon Property Group (Texas) LP | $12,365.15 | $772.82 |
| Orlando Vineland PO, LP | $148,886.31 | $9,305.39 |
| Roosevelt Field | $50,927.58 | $3,182.97 |
| San Marcos Premium Outlets, LP | $68,865.91 | $4,304.12 |
| JG Elizabeth II, LLC | $40,029.24 | $2,501.83 |
| The Town Center at Boca Raton Trust | $45,770.09 | $2,860.63 |
| Woodbury Common Premium Outlet | $47,626.69 | $2,976.67 |
| Tampa Electric Company | $96.98 | $6.06 |
| Hilco Real Estate, LLC | $7,619.68 | $476.23 |
| Plaza Carolina Mall, LP | $25,543.88 | $1,596.49 |
| ZWI Group, LLC | $126,677.06 | $7,917.32 |
| Schutts and Bowen LLP | $1,428.42 | $89.28 |
| State of Florida - Dept. of Revenue | $3,278.96 | $204.94 |

LF-35 (rev. 12/01/09)                4

| | | |
|---|---|---|
| Millman Search Group, Inc. | $569.25 | $35.58 |
| Akerman LLP | $23,330.46 | $1,458.15 |
| Ask Nicely LLC | $862.50 | $53.91 |
| Phillips and Associates | $10,120.96 | $632.56 |
| Magna Marketing | $13,800.00 | $862.50 |
| Carlton Fields, P.A. | $2,325.45 | $145.34 |
| Aventura Mall Venture | $48,614.26 | $3,038.39 |
| City National Bank of Florida | $1,135,924.16 | $70,995.26 |
| Custom Ink | $953.80 | $59.61 |
| AddShoppers, Inc. | $17,348.75 | $1,084.30 |
| FedEx Corporate Services Inc. as Assignee of FedEx Express/Ground/Freight/Office | $1,574.49 | $98.41 |
| Comptroller of Maryland | $260.36 | $16.27 |
| Georgia Dept. of Revenue | $1,424.38 | $89.02 |
| 1535 Broadway LLC | $302,854.04 | $18,928.38 |
| Accelerize 360 Inc. | $2,320.13 | $145.01 |
| Anderson Kill P.C. | $587.08 | $36.69 |
| Bank of America | $11,639.38 | $727.46 |
| Bank of America | $9,599.51 | $599.97 |
| Bank of America | $5,489.24 | $343.08 |
| Barton LLP | $3,146.46 | $196.65 |
| Center for Leadership Studies, Inc. | $598.29 | $37.39 |
| Criteo Corp. | $30,678.00 | $1,917.38 |
| Lowen Watch Group | $2,494.32 | $155.90 |
| Squire Patton Boggs | $493.27 | $30.83 |
| Westland Mall, LLC | $5,710.18 | $356.89 |